# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| Miguel del Angel Izquierdo Alejandro,<br>　　　　Plaintiff,<br>v.<br><br>Property Care Solutions LLC, Maria G Aranda<br>　and Osbelia Y. Uribe,<br>　　　　Defendants. | Judge Mazzant, III<br><br>4:22-cv-00029-ALM |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55

**Plaintiff** Miguel del Angel Izquierdo Alejandro ("Plaintiff"), by attorneys Justicia Laboral LLC, submits this Motion For Default Judgment Pursuant to Federal Rule of Civil Pro. 55, and states:

1. This is a cause of action whereby Plaintiff seeks redress for unpaid overtime wages under the Fair Labor Standards Act (29 USC § 201, et. seq.).

2. On January 25, 2022, summonses were issued as to Property Care Solutions LLC, Maria G Aranda, and Osbelia Y. Uribe (collectively "Defendants"). Dckts. 2-4. On February 25, 2022 Summons for Defendants were returned executed. Dckts. 5-7.

3. On April 14, 2022, Plaintiff moved for default. Dckt. 8. On the same day, Clerk's entry of default was entered. Dckt. 9.

4. Accordingly, Plaintiff now moves for a default judgment against Defendants pursuant to Federal Rule of Civil Procedure 55; in support, Plaintiff tenders supporting documents.

5. Plaintiff is asking that a default judgment be entered. He seeks the amount of $31,225.00, representing unpaid wages and liquidated damages, plus reasonable attorney's fees and costs. See Miguel del Angel Izquierdo Alejandro Affidavit of Prove- Up, attached as Exhibit A.

6. Additionally, Plaintiff requests an award of reasonable attorney's fees and costs of suit in the amount of $4,912.00 pursuant to 29 USC § 216(b) of the Fair Labor Standards Act. In support thereof, attached hereto as Exhibit B is the Petition for Attorney's Fees and Costs.

7. Additionally, in support of this Motion, Plaintiff attaches: (i) a Certificate of Default, attesting to the fact that Defendants have not entered an appearance in this case (See Exhibit 3); and (ii) An Affidavit as to Military Service establishing that the individual Defendant(s) is/are not on current active duty with the US Armed Forces (See Exhibit 4).

**WHEREFORE**, Plaintiff Miguel del Angel Izquierdo Alejandro respectfully requests that this Motion be granted, and that the Court enter a default judgment in the amount of $36,137.00 against Property Care Solutions LLC, Maria G Aranda, and Osbelia Y. Uribe, jointly and severally, and that the Court enter any other relief deemed just or necessary.

/s/ James M. Dore

**Justicia Laboral LLC**
**James M. Dore (Texas Bar No. 24128272)**
*Attorneys for Plaintiffs*
6232 N. Pulaski, Suite 300
Chicago, IL 60646
P: 773-415-4898
E: jdore@justicialaboral.com